Todd M. Friedman (SBN 216752)
Arvin Ratanavongse (SBN 257619)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
aratanavongse@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS BANK PLC, AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM, <br><br> Defendants. | Case No. 2:15-cv-07831-JFW-AS <br><br> **NOTICE OF SETTLEMENT** |

///

///

///

///

///

Notice of Settlement - 1

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully Submitted this 4th Day of March, 2016.

          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

          By: /s/ Todd M. Friedman_____
              Todd M. Friedman, Esq.
              Arvin Ratanavongse, Esq.
              Attorneys for Plaintiff

Filed electronically on this 4th Day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge John F. Walter
United States District Court
Central District of California

**Abraham J Colman**
Reed Smith LLP
Email: acolman@reedsmith.com

**Judith Sethna**
Reed Smith LLP
Email: jsethna@reedsmith.com
Attorney for Defendant

This 4th Day of March, 2016.

/s/Todd M. Friedman
Todd M. Friedman